partment. October 8, 1901.) Action by James L. Mack and another against the John Single Paper Company, Limited.

PER CURIAM. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents upon the ground that the boiler, which concededly had a hole in one of the flues, which had been plugged, was not "sound in every respect" as guarantied by the plaintiff.

RUMSEY, J., not sitting.

---

McLOUGHLIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Thomas F. McLoughlin against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. J. J. Callahan, for respondent. No opinion. Judgment affirmed, with costs.

---

In re McMANUS. (Supreme Court, Appellate Division, Third Department. September 13, 1901.) In the matter of the petition of Ellen McManus, as administratrix de bonis non of Anthony McKnight, deceased, to compel a judicial settlement of the accounts of John J. Harrigan, the deceased administrator of the goods, chattels, and ·credits of Anthony McKnight, deceased. No opinion. Motion denied, with $10 costs.

---

In re McMASTER. (Supreme Court, Appellate Division, First Department. October 18, 1901.) In the matter of Robert W. McMaster. No opinion. Motion granted, with $10 costs.

---

MALFIT, Appellant, v. OPPENHEIMER, Respondent. (City Court of New York, General Term. May, 1901.) Action by Alesandro Malfit against Isaac Oppenheimer. Achille J. Oishei (Nelson L. Keach, of counsel), for appellant. Hippolyte A. Geney, for respondent.

O'DWYER, J. There was sufficient evidence in this case to entitle the plaintiff to have the question of the defendant's alleged conversion of his horse submitted to the jury. The plaintiff testified that at an interview with the defendant, the defendant said to him: "Me stole your horse. How much do you want, Mr. Malfit?" This was an admission by the defendant sufficient to entitle the plaintiff to recover, unless overcome by evidence on the defendant's behalf. Furthermore, error was committed in excluding the answers to the following questions addressed to the plaintiff: "Q. Did you find out afterwards who took that horse? Q. Did you know what was the value of that horse on July 1, 1898? Q. Was there any money paid on that evening, August 15th, by Mr. Oppenheimer, by order of the defendant? Q. Were you down to the police court at the time he was arrested?" The other errors assigned need not be discussed, as they may be cured on a new trial. Judgment appealed from reversed, and a new trial ordered, with costs to appellant to abide the event.

CONLAN, J., concurs.

---

MALONE et al., Respondents, v. WEILL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1901.) Action by Joseph Malone and another against Elie Weill and others. No opinion. Order affirmed on argument, with $10 costs and disbursements, without prejudice to application to Mr. Justice CHESTER for resettlement of the case.

---

MANHATTAN HYGEIA ICE CO., Respondent, v. PEOPLE'S CO-OP. ICE CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by the Manhattan Hygeia Ice Company against the People's Co-operative Ice Company. Swayne, Swayne, Morris & Fay, for appellant. R. D. Geswein, for respondent. No opinion. Judgment affirmed, with costs.

---

MANIER et al., Respondents, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 13, 1901.) Action by James W. Manier and another, as executors, etc., against Willis H. Palmer, Henrietta A. Wilson, and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

MARCIERO, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Domenico Marciero against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. H. Gottlieb, for respondent. No opinion. Judgment affirmed, with costs.

---

MARINO v. LEHMAIER. (Supreme Court, Appellate Division, First Department. October 18, 1901.) Action by Vito Marino against Louis A. Lehmaier. No opinion. Motion denied, with $10 costs.

---

In re MARSHALL. (Supreme Court, Appellate Division, Second Department. October 21, 1901.) In the matter of the ·application of Francis C. Marshall for license to practice as attorney and counselor at law, etc. No opinion. Application granted.

---

MARTIN, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Action by Ellen T. Martin against Theodore Kruger. No opinion. Judgment and order affirmed, with costs.

---

MASS, Appellant, v. RUBIN, Respondent. (Supreme Court, Appellate Term. June, 1901.) Action by Moses Mass against Elias Rubin. Sands & Wasservogel, for appellant. J. Rieger, for respondent. No opinion. Judgment affirmed, with costs.

---

MASSE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Michael